# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| ANGEL FUENTES-GALINDO | Case Number: 23-cr-2555-DDL |
| | Mara Gonzalez Souto, FD |
| | Defendant's Attorney |

**USM Number** 10286506

☐ –

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  One(1) of the Superseding Information

☐ was found guilty on count(s) _____
  after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 8 U.S.C. 1325 | Improper Entry by an Alien (Misdemeanor) | 1 |

.

The defendant is sentenced as provided in pages 2 through   2   of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  all underlying counts   are   dismissed on the motion of the United States.

☒ Assessment : $10.00 fee - waived
   Pursuant to the motion of the United States under 18 USC 3573, the special assessment provided for under 18 USC 3013 is waived and remitted as uncollectible.

☐ JVTA Assessment*:

   *Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

☒ No fine       ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

December 14, 2023
Date of Imposition of Sentence

*David Leshner* (signature)

HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | ANGEL FUENTES-GALINDO | Judgment - Page **2** of **2** |
| CASE NUMBER: | 23-cr-2555-DDL | |

## PROBATION

The defendant is hereby sentenced to probation for a term of:
**ONE YEAR PROBATION**

## MANDATORY CONDITIONS

1. The defendant must not commit another federal, state or local crime.
2. The defendant must not unlawfully enter or attempt to enter the United States.
3. If deported, excluded or allowed to voluntarily return to country of origin, the defendant must not reenter the United States illegally and report to the probation officer within 24 hours of any reentry of the United States; supervision waived upon deportation, exclusion, or voluntary departure.